IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN NGUYEN, | ) | No. C 11-03324 WHA |
| Petitioner, | ) | |
| v. | ) | ~~[PROPOSED]~~ ORDER |
| KATHLEEN DICKINSON, | ) | |
| Respondent. | ) | |

Good Cause appearing, it is hereby ordered that the time within which to file petitioner's traverse be extended 30 days to and including July 20, 2012.

Dated: June 20, 2012.

_William Alsup_
William Alsup
UNITED STATES DISTRICT JUDGE