1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   JOHN NGUYEN,                          No. C 11-03324 WHA
11           Petitioner,
12     v.                                  **ORDER SETTING CASE**
                                           **MANAGEMENT CONFERENCE**
13   KATHLEEN DICKINSON,
14           Respondent.
15   _____/
16       A case management conference is hereby scheduled for **11:00 A.M. ON DECEMBER 11,**
17   **2012**.  Counsel should be present and prepared to discuss the case.
18
19
20       **IT IS SO ORDERED.**
21
     Dated:  December 5, 2012.
22                                         _____
                                           WILLIAM ALSUP
23                                         UNITED STATES DISTRICT JUDGE
24
25
26
27
28

United States District Court
For the Northern District of California