IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN NGUYEN,

    Petitioner,

v.

KATHLEEN DICKINSON,

    Respondent.
                              /

No. C 11-03324 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    A case management conference is hereby scheduled for **11:00 A.M. ON DECEMBER 11, 2012**. Counsel should be present and prepared to discuss the case.

**IT IS SO ORDERED.**

Dated: December 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE