**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN NGUYEN,                                          No. C 11-03324 WHA

     Petitioner,

    v.                                                **ORDER RE LETTERS**
                                                        **REFERENCED IN**
KATHLEEN DICKINSON, Warden,                             **DECLARATIONS**

     Respondent.

_____/

     The declarations of Jason Le and Kelly Tang, provided with petitioner's habeas petition,
state that each declarant provided a letter to the trial judge after petitioner was convicted.  The
letters do not appear to be in the record currently before this Court.  Counsel are requested to
provide a response regarding whether these letters were in the record provided to the state courts
in connection with petitioner's habeas proceedings.  A response is due by **5PM ON DECEMBER 7**.

    **IT IS SO ORDERED.**

Dated:  December 6, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE