**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NGUYEN, | No. C 11-03324 WHA |
| Petitioner, | |
| v. | **ORDER RE LETTERS REFERENCED IN DECLARATIONS** |
| KATHLEEN DICKINSON, Warden, | |
| Respondent. | |

The declarations of Jason Le and Kelly Tang, provided with petitioner's habeas petition, state that each declarant provided a letter to the trial judge after petitioner was convicted. The letters do not appear to be in the record currently before this Court. Counsel are requested to provide a response regarding whether these letters were in the record provided to the state courts in connection with petitioner's habeas proceedings. A response is due by **5PM ON DECEMBER 7**.

**IT IS SO ORDERED.**

Dated: December 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE