IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN NGUYEN,

    Petitioner,

  v.

KATHLEEN DICKENSON,

    Respondent.

                                /

No. C 11-03324 WHA

**ORDER RE SUPPLEMENTAL BRIEFING**

     As stated at today's hearing, supplemental briefs shall be limited to ten pages and are due by **DECEMBER 21 AT NOON**. Reply briefs, if any, are limited to five pages and are due by **JANUARY 4 AT NOON**. The Court is particularly interested in whether there should be an evidentiary hearing regarding the declarations of Jason Le and trial counsel David Johnson, in light of *Pinholster*.

Dated: December 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE