IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN NGUYEN,

    Petitioner,

v.

KATHLEEN DICKINSON,

    Respondent.

   /

No. C 11-03324 WHA

**ORDER RE MOTION TO AMEND JUDGMENT**

    Petitioner John Nguyen has filed a motion to amend judgment pursuant to FRCP 59. Respondent shall file an opposition or statement of non-opposition thereto by **APRIL 1.** Petitioner's reply, if any, shall be due on **APRIL 8**.

    **IT IS SO ORDERED.**

Dated: March 18, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE