IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN NGUYEN,

    Petitioner,

  v.

KATHLEEN DICKENSON,

    Respondent.

No. C 11-03324 WHA

**ORDER RE MOTION TO AMEND JUDGMENT**

In this action involving a Section 2254 habeas petition, petitioner John Nguyen has filed a Rule 59 motion to alter or amend judgment. Petitioner argues that, *inter alia*, this Court's prior order denying habeas relief did not consider the entire state court record. Specifically, petitioner argues that the parties' pleadings and "informal responses" should have been considered, citing to, *e.g.*, *In re Nguyen,* HO34860, Informal Response; *In re Nguyen,* HO34860, Reply to Informal Response; *In re Nguyen*, S180051, Informal Response; *In re Nguyen*, S180051, Reply to Informal Response. Counsel should identify where in the record lodged with the Court these pleadings and informal responses are located (*see* Dkt. No. 8 Respondent's Notice of Lodging; Dkt. No. 15, Respondent's Certification Regarding Record). As to the informal responses, counsel should identify where these documents are cited or relied upon in the parties' briefing in connection with the federal habeas petition. A response from both petitioner and respondent is requested. Please file responses by **NOON ON MAY 31**.

Dated: May 28, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE